**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MICHAEL A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-64-KC-RFC** |
| | § | |
| **FRANK BISIGNANO, Commissioner** | § | |
| **of the Social Security Administration,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On this day, the Court considered the case.  Pursuant to Paragraph 2(c) of the Court's

May 1, 2012, Standing Order, this case was referred to United States Magistrate Judge Robert F.

Castañeda, who ultimately issued his Report and Recommendation ("R&R"), ECF No. 17, on

December 10, 2025.

Parties have fourteen days from service of a Report and Recommendation of a United

States Magistrate Judge to file written objections.  *See* 28 U.S.C. § 636(b)(1)(C).[1]  Over fourteen

days have elapsed since all parties were served with the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of

discretion and contrary to law" standard of review to a report and recommendation.  *United*

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  After reviewing the R&R, the Court

agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

that they are neither clearly erroneous nor contrary to law.  *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 17, in its entirety, and **ORDERS**

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** pursuant to

42 U.S.C. § 405(g).

**SO ORDERED.**

**SIGNED this 23rd day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE