**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MICHAEL G. ACEVEDO,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **EP-25-CV-00064-KC-RFC** |
| | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| *Defendant.* | § | |

**REPORT AND RECOMMENDATION**

On this day, the Court considered Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act, ECF No. 21 [hereinafter "Appl."]. For the following reasons, the Court **RECOMMENDS** Plaintiff's Application be **GRANTED**.

Under the Equal Access to Justice Act ("EAJA"), Plaintiff is a prevailing party entitled to an award of fees and expenses incurred in his civil action. 28 U.S.C. § 2412(d)(1); *Shalala v. Schaefer*, 509 U.S. 292 (1993); *see also* Order Adopting R. & R. Mag. J., ECF No. 18; Final J., ECF No. 19. Plaintiff seeks reimbursement of court filing fees in the amount of $405.00, along with $8,208.96 as compensation for 32.05 hours of work performed by his attorneys. Appl. 6. Defendant is unopposed to the hourly rate and numbers of hours requested. *Id.* at 7.

Plaintiff requests that the EAJA fee be made payable to him and sent in care of his counsel on record. Appl. 7. This is consistent with the Court's practice when awarding EAJA fees.

Accordingly, **IT IS RECOMMENDED** that Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act, ECF No. 21, be **GRANTED**.

**IT IS FURTHER RECOMMENDED** that Plaintiff be awarded a total of $8,613.96, for attorney fees in the amount of $8,208.96 and $405.00 in filing fees, with payment mailed to counsel's address of record.

**SIGNED** this 3rd day of June, 2026.

_____

**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THE FOREGOING REPORT, WITHIN FOURTEEN DAYS OF SERVICE OF SAME, MAY BAR DE NOVO DETERMINATION BY THE DISTRICT JUDGE OF AN ISSUE COVERED HEREIN AND SHALL BAR APPELLATE REVIEW, EXCEPT UPON GROUNDS OF PLAIN ERROR, OF ANY UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS AS MAY BE ACCEPTED OR ADOPTED BY THE DISTRICT COURT.**

2