**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MICHAEL A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-64-KC-RFC** |
| | § | |
| **FRANK BISIGNANO, Commissioner** | § | |
| **of the Social Security Administration,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On this day, the Court considered the case. Pursuant to Paragraph 2(c) of the Court's

May 1, 2012, Standing Order, this case was referred to United States Magistrate Judge Robert F.

Castañeda, who ultimately issued his Report and Recommendation, ECF No. 17, on December

10, 2025. Plaintiff's counsel then filed an Unopposed Motion for Attorneys Fees, ECF No. 21.

Judge Castañeda then issued a Report and Recommendation ("R&R"), ECF No. 22,

recommending that the Motion be granted and that Plaintiff be awarded a combined total of

$8,613.96 in attorney fees and filing fees.

Parties have fourteen days from service of a Report and Recommendation of a United

States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen

days have elapsed since all parties were served with the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of

discretion and contrary to law" standard of review to a report and recommendation. *United

States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to
which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo
determination of those portions of the report . . . to which objection is made . . . .").

agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

that they are neither clearly erroneous nor contrary to law. *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 22, in its entirety, and **ORDERS**

that the Motion for Attorneys Fees, ECF No 21, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff be awarded a combined total of $8,613.96,

which represents $8,208.96 in attorney fees and $405.00 in filing fees, with payment mailed to

Plaintiff's counsel's address of record.

The case shall remain closed.

**SO ORDERED.**

**SIGNED this 23rd day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE